


Exhibit 1